# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

April 17th, 2023

Honorable Philip M. Halpern  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

Re: Fernandez Luna v. Dollar Variety LLC 22-cv-4636 (PMH)

Your Honor,

Plaintiff respectfully withdraws her pending motion to re-open. The Defendants have recently paid in full their settlement obligation

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

---

Application granted. The conference scheduled for April 19, 2023 is canceled.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 47.

SO ORDERED.

_____  
Philip M. Halpern  
United States District Judge

Dated: White Plains, New York  
April 18, 2023